ANNE O'BRIEN, Respondent, *v.* LOUIS REICHARDT, Appellant.

Appeal from an order denying the defendant's *motion to dismiss the complaint.*

PER CURIAM: The ·alleged excuse presented by the plaintiff was entirely insufficient and the court was not justified in refusing to grant the motion. The order should be reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.    Present — Ingraham, P. J., Clarke, Scott, Miller and Dowling, JJ.·    Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.

---

FRANK PERRINGTON, Appellant, *v.* SUSAN A. LUDIN and EUGENE C. LUDIN, Respondents.

*Pleading — amended answer — condition.*

Appeal from an order granting the defendants leave to serve an amended answer.

PER CURIAM: The order appealed from should be modified by requiring the defendants as a condition of serving the amended answer to pay full costs of action to date and ten dollars costs of opposing the motion, and upon the further condition that within thirty days after entry of order hereon, the plaintiff, if he so elect, may discontinue the action without costs to either party, and further that if the amended answer is served the case shall retain its position upon the calendar and be tried when reached.    As so modified the order should be affirmed, without costs of appeal to either party.    Present — Ingraham, P. J., Clarke, Scott, Miller and Dowling, JJ.    Order modified as indicated in opinion and as modified affirmed, without costs.    Settle order on notice.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK ZERILLO and Others, Appellants.

Appeal from orders of the Court of General Sessions of the Peace in and for the county of·New York.

PER CURIAM: The appeal should be dismissed upon the ground that no appeal lies from such an order in a criminal case, but the question must be presented on the appeal from the final judgment.    (*Matter of Montgomery*, 126 App. Div. 72; 193 N. Y. 659.)    Present — Ingraham, P. J., Clarke, Scott, Miller and Dowling, JJ.    Appeal dismissed.